Mary France, Respondent, v. City of Batavia, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the finding of the jury to the effect that the unusual and dangerous condition arising from a compacted mass of snow or ice at the step on which the plaintiff slipped had existed for sufficient length of time to amount to constructive notice to the defendant in accordance with the trial court's instructions was contrary to the evidence and against the weight of the evidence. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

Elmer Card, Respondent, v. The New York Central Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

George F. Murray, Incorporated, Respondent, v. Shirley Dye, Appellant.— Order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Claim of Michael Tuman and Mary Tuman, His Wife, for Damages by Reason of Change of Grade against Village of New York Mills, Appellant.— Order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

Elizabeth Rhodey, Respondent, v. Paul E. Maloney, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

William J. Harrington, Respondent, v. General Motors Acceptance Corporation, Appellant. (Action No. 1.) — Judgment affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

William J. Harrington, Respondent, v. General Motors Acceptance Corporation, Appellant. (Action No. 2.) — Judgment affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

Myrtle L. Harrington, Respondent, v. General Motors Acceptance Corporation, Appellant.— Judgment affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

American Fruit Growers' Association, Appellant, v. New York Central Railroad Company, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Richard A. Mallory, Appellant, v. International Railway Company, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Ella R. Mallory, Appellant, v. International Railway Company, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Mike Fure, Appellant, v. William D. Fote and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.